UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CONVERGYS INFORMATION MANAGEMENT GROUP, INC., et al., | : : : | Case No. CV-1-01-618 |
| Plaintiff, | : : | (Judge Beckwith) |
| v. | : : | NOTICE OF CHANGE OF TELEPHONE AND FAX NUMBERS |
| IGATE CAPITAL CORPORATION f/k/a MASTECH CORPORATION, | : : : | |
| Defendant. | : : | |

Defendant i-Gate Capital Corporation hereby gives notice that the direct telephone and fax numbers of two of its counsel have changed and those new numbers are as follows:

| | | |
|---|---|---|
| Jacqueline Schuster Hobbs | (513) 698-5076 | (513) 698-5077 (Fax) |
| Donald J. Mooney, Jr. | (513) 698-5070 | (513) 698-5071 (Fax) |

Respectfully submitted,

s/ Jacqueline Schuster Hobbs
Donald J. Mooney, Jr., Esq. (0014202)
ULMER & BERNE LLP
2800 Cincinnati Commerce Center
600 Vine Street
Cincinnati, Ohio 45202-2409
(513) 698-5070
(513) 698-5071 (Fax)
dmooney@ulmer.com

Jacqueline Schuster Hobbs (0068236)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
(513) 698-5076
(513) 698-5077 (Fax)
jhobbs@ulmer.com

Attorneys for Defendant

Of Counsel:

Kevin P. Lucas, Esq.
Pa. I.D. No. 25596
Robert J. Williams, Esq.
Pa. I.D. No. 76139
Manion McDonough & Lucas, P.C.
Firm I.D. No. 786
600 Grant Street, Suite 1414
Pittsburgh, PA  15219
(412) 232-0200

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Court and served electronically upon Grant S. Cowan, Esq., Robert D. Shank, Esq., Frost Brown Todd LLC, Attorneys for Plaintiffs, 2200 PNC Center, 201 East Fifth Street, Cincinnati, Ohio 45202-4182, this 20th day of February, 2004.

s/ Jacqueline Schuster Hobbs

DOC# 255892.1 CIN2000 2/20/2004 27293.01