UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CONVERGYS INFORMATION MANAGEMENT GROUP, INC., et al., | : : : | Case No. CV-1-01-618 |
| Plaintiff, | : : | (Judge Beckwith) |
| v. | : : | STIPULATED WITHDRAWAL OF JURY DEMAND |
| IGATE CAPITAL CORPORATION f/k/a MASTECH CORPORATION, et al., | : : : | |
| Defendants. | : : | |

The parties, by and through counsel, hereby withdraw their demand for a trial by jury in the above-captioned matter.

                                            Respectfully submitted,

                                            ___/s/ Robert D. Shank (by Jacqueline Schuster
Hobbs per oral authority on 2/26/04)
Grant C. Cowan (0029667)
Robert D. Shank (0069229)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 651-6800
(513) 651-6981 (Fax)
gcowan@fbtlaw.com
rshank@fbtlaw.com

Attorneys for Plaintiffs


                                            _/s/ Jacqueline Schuster Hobbs_____
Donald J. Mooney, Jr. (0014202)
Jacqueline Schuster Hobbs (0068236)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5000
(513) 698-5001 (Fax)
dmooney@ulmer.com
jhobbs@ulmer.com

OF COUNSEL:

Kevin P. Lucas, Esq.
Pa. I.D. No. 25596
Robert J. Williams, Esq.
Pa. I.D. No. 76139
MANION McDONOUGH & LUCAS, P.C.
600 Grant Street, Suite 1414
Pittsburgh, Pennsylvania  15219
(412) 232-0200

Attorneys for Defendants

Case 1:01-cv-00618-TSH   Document 36   Filed 02/26/2004   Page 2 of 2