*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF OHIO*
*WESTERN DIVISION*

Convergys Information Management
Group, Inc., et al.,
    Plaintiffs

v.                              Case No. 1:01-cv-618

IGATE Capital Corporation,
et al.,
    Defendants

**O R D E R**

Upon the consent of the parties, this action is hereby **REFERRED** to Magistrate Judge Timothy S. Hogan for disposition. 28 U.S.C. §636(c).

Any appeal will be to the United States Court of Appeals for the Sixth Circuit.

**SO ORDERED**.

March 2, 2004                                    s/Sandra S. Beckwith
Date                                              Sandra S. Beckwith
                                                 United States District Judge