## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Convergys Information Management
Group, Inc., et al.,
    Plaintiffs

v.                                                  Case No. 1:01-cv-618

IGATE Capital Corporation,
et al.,
    Defendants

## AMENDED O R D E R

    Upon the consent of the parties, this action is hereby **REFERRED** to Magistrate Judge Timothy S. Hogan for disposition. 28 U.S.C. §636(c).

    Any appeal will be to the United States Court of Appeals for the Sixth Circuit. The final pretrial and trial dates are hereby **VACATED**.

    **SO ORDERED**.


March 2, 2004                                       s/Sandra S. Beckwith
Date                                               Sandra S. Beckwith
                                                  United States District Judge