UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Convergys Information
    Management Group, Inc.,
        Plaintiff,

      v.                              Case No. 1:01cv618
                                      (Hogan, M.J.)

IGATE Capital Corporation, et al.,
    Defendants.

## NOTICE

    Please take notice that the above-captioned case has been set for a scheduling conference before the Honorable Timothy S. Hogan on:

Monday, March 8, 2004, at 2:30 pm
Room 706 Potter Stewart U.S. Courthouse

Timothy S. Hogan
United States Magistrate Judge


  s/Barbara A. Crum
Courtroom Deputy

cc:    All Counsel
bac    March 3, 2004
J:\CRUMBA\FORMS\CALENDAR\2001\01-618.wpd