UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Convergys Information
    Management Group, Inc.,
        Plaintiff,

        v.        Case No. 1:01cv618
                (Hogan, M.J.)

IGATE Capital Corporation, et al.,
        Defendants.

## CALENDAR ORDER

This case shall proceed as follows:

1.  Joint final pretrial order: **Submitted to the Court 3 days prior to FPTC**

2.  Final pretrial conference: **March 26, 2004 at 9:30 am**

3.  Bench Trial: **April 26, 2004, at 9:30 am, Courtroom 701**

IT IS SO ORDERED.


Date   3/8/2004                        s/Timothy S. Hogan
bac    March 8, 2004                Timothy S. Hogan
J:\CRUMBA\FORMS\CALENDAR\2001\01-618.wpd    United States Magistrate Judge