# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CONVERGYS INFORMATION      :
MANAGEMENT GROUP, INC.,    :
AND CHUBB CUSTOM           :
INSURANCE COMPANY,         :

    Plaintiffs          :

    -v-                 :   Case No. CV-01-618
                        :   (Judge Beckwith)

IGATE CORPORATION, et al., :

    Defendants          :

- 0 -

    The deposition of **WILLIAM P. KOOPMANS**, taken before Melea E. Chaney, Court Reporter and Notary Public in and for the State of Ohio, at the law offices of Ulmer & Berne, 600 Vine Street, Suite 2800, Cincinnati, Ohio, on the 12th day of February, 2004, beginning at the hour of 9:23 a.m. and ending at the hour of 6:09 p.m. of the same date.

- 0 -

**RIVERSIDE REPORTING**
**Certified Court Reporters**
**P.O. Box 949**
**Covington, Kentucky 41012**
**KY(859)291-6110**
**OH(513)574-7017**



1   Q   Can you tell me what those changes in
2   procedures were? Well, let me ask you first: Were
3   they changes in procedure or some other change?
4   A   They were -- some were changes in
5   procedure; some were environment changes.
6   Q   Let's take them one at a time then.
7   Can you tell me what the changes in procedure were?
8   A   The changes in procedure was to
9   implement more frequent tape backups of the archive log
10  file systems and moving those offsite.
11  Q   You said the tapes of the archive logs?
12  A   Yes.
13  Q   Let me ask you: How frequently prior
14  to mid-September of 1999 were tapes of the archive logs
15  being made?
16  A   Say that again. Sorry.
17  Q   I thought you said you implemented a
18  more frequent --
19  A   Yes.
20  Q   -- backup.
21  A   Correct. We went to, as I recall,
22  hourly backups.
23  Q   Hourly backups of the archive logs?
24  A   Yes.
25  Q   And how frequent were the backups to

1    the archive logs prior to the mid-September 1999
2    events?
3        A    I can't answer that precisely.  Darin
4    or someone would have to --
5        Q    You said another change -- was it the
6    backups were moved offsite or the backup was done
7    offsite?
8        A    The -- the backup tapes are shipped
9    offsite.
10       Q    What was the practice with respect to
11   the storage location of the backup tapes prior to the
12   mid-September of 1999 events?
13       A    I believe they were still shipped
14   offsite.  The frequency was not hourly.
15       Q    Were there any other what you would
16   call procedural changes that were made by Convergys
17   with respect to the Sprint contract as a result of the
18   events of mid-September of 1999?
19       A    Not that I can recall.
20       Q    We had talked earlier and you had
21   talked about various processes to be followed,
22   including review of scripts and second set of eyes.
23       A    Mm-hmm.
24       Q    Was there anything done along those
25   lines by Convergys with respect to the Sprint project

1  functional document along these lines as a result of
2  the mid-September of 1999 events?
3         A      Was there any change to the functional
4  roles and responsibility?  That's what we do, what
5  functions we do.  No.
6         Q      Was there any other procedural change
7  that you can recall as a result of the September 1999
8  events as opposed to environment changes?
9         A      Not that I can recall.
10        Q      And would you describe for me what the
11 environment changes were that were made as a result of
12 the mid-September of 1999 events?
13        A      There were two.  One was an increase in
14 the space that was allocated to the archive log file
15 systems.  I believe our target at the time was to make
16 those large enough to hold three days' worth of archive
17 logs.
18        Q      And how large had they been before the
19 September '99 events?
20        A      That's the answer I -- I didn't know.
21 It was more than 12 hours, but I don't know exactly.
22        Q      And then the second environment change
23 was what?
24        A      The second environment change was the
25 implementation of a standby database.

```
 1        Q      And what does that mean?
 2        A      A standby database is an Oracle feature
 3   or capability where you have a copy of the production
 4   database or the database that is your source that is
 5   perpetually in recovery mode essentially, from a
 6   simplistic term.
 7               So it is not a database that's
 8   available for access or query, it's in what Oracle
 9   terms recovery mode and archive logs are shipped to
10   that database and applied so that it is just trailing
11   production.
12        Q      You said this is an Oracle feature or
13   facility?
14        A      Yes.
15        Q      Was that Oracle feature or facility
16   available in September of 1999?
17        A      I believe it was.
18        Q      And I take it Convergys -- well, let me
19   ask.  Did the Convergys system use it at the time?
20        A      No.
21        Q      And is there a reason why?
22        A      A couple of reasons, as I recall.
23   There was a nontrivial amount of development.  The --
24   the facility wasn't very mature from an Oracle
25   perspective, so you had to define or create processes
```

C-E-R-T-I-F-I-C-A-T-I-O-N

STATE OF OHIO,

COUNTY OF WARREN, To-wit;

      I, Melea E. Chaney, Court Reporter and Notary Public in and for the State of Ohio, do hereby certify;

      That on the 12th day of February, 2003, there appeared before me pursuant to Notice and agreement of counsel, **WILLIAM P. KOOPMANS**, as a witness in the previously entitled cause;

      That the said witness was sworn by me and examined to tell the truth, the whole truth, and nothing but the truth in said cause;

      That the deposition was taken by me via Stenomask and electronic recording and the foregoing 319 pages contain a true, full and correct transcription of all the testimony of said witness;

      That the deposition was submitted to counsel for the witness for reading and signature;

      That I am not related to or in any way associated with any of the parties to said cause of action, or their counsel, and that I am not interested in the event thereof.

      IN WITNESS WHEREOF, I have hereunto set my hand this 19th day of February, 2004.

      _____
      Melea E. Chaney
      My commission expires:
      July 3, 2006