**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CONVERGYS INFORMATION MANAGEMENT GROUP INC., et al., | : : : | Case No.: C-1-01-618 |
| Plaintiffs, | : : | Magistrate Judge Hogan |
| v. | : : : : : : | **STIPULATED WITHDRAWAL OF DEFENDANTS' MOTION *IN LIMINE* REGARDING CERTAIN NOTES PREPARED BY CONVERGYS EMPLOYEE BILL KOOPMANS** |
| IGATE CORPORATION, et al., | : : | |
| Defendants. | : | |

On March 23, 2004, Defendants filed a Motion *in Limine* Regarding Certain Notes Prepared by Convergys Employee Bill Koopmans ("Motion"). Since the filing of Defendants' Motion, the parties have amicably worked out an agreement to resolve the issues raised in Defendants' Motion. Convergys IMG has agreed to produce Bill Koopmans' handwritten notes. Defendants have agreed that they will not take the position that Convergys IMG has waived any applicable privilege by producing the notes.

Accordingly, pursuant to the above agreement, Plaintiffs and Defendants hereby stipulate that Defendants' Motion shall be and is withdrawn.

STIPULATED TO:

*/Robert D. Shank/*
Grant S. Cowan (Ohio No. 0029667)
Douglas E. Hart (Ohio No. 0005600)
Robert D. Shank (Ohio No. 0069229)
Trial Attorneys for Plaintiffs
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio  45202
(513) 651-6800 (telephone)
(513) 651-6981 (facsimile)

*/Jacqueline S. Hobbs per consent by R.D. Shank/*
Jacqueline Schuster Hobbs (Ohio No. 0068236)
Trial Attorney for Defendants
ULMER & BERNE LLP
2800 Cincinnati Commerce Center
600 Vine Street
Cincinnati, Ohio 45202
(513) 698-5000 (telephone)
(513) 698-5001 (facsimile)

*/Kevin P. Lucas per consent by R.D. Shank/*
Kevin P. Lucas
Trial Attorney for Defendants
MANION MCDONOUGH & LUCAS P.C.
600 Grant Street, Suite 1414
Pittsburgh, Pennsylvania 15219
 (412) 232-0200 (telephone)

CinLibrary/1384895.1