# EXHIBIT F

On Monday afternoon/evening, I sat down with Ragesh to ask about the specifics of what he had done during his creation of the usage database. I told him I had reviewed the documentation he had forwarded to me, and it included only scripts/logs to create the database. I asked him to review with me what he had done to create the datafiles + tablespaces. He said he had not created the datafiles/tablespaces. He further stated he had not even started creating the scripts to create the

within Oracle.

datafiles/tablespaces within Oracle. He further stated that that activity was not planned to occur until after the completion of the SRDF + Hotbackup tests. The hotback tests had not been started at the time of the database corruption.

I again asked him if he had created the datafiles. He answered no. He said "But you saw the datafiles defined in Oracle that were pointing to the customer database? He answered yes. I said "And you know that those datafile specifications were responsible for the corruption on the database." He answered yes. I asked "But you have no idea how those datafiles were created?" He answered no. Over the course Over the course of the next After meeting with Ragesh individually, we sat down w/ Ragesh, myself, Neil Hul + Ravi Kura to review it again. Ragesh reiterated the

position described above. We went on to review the ssup-alert-log, which was 'truncated' at 20:35 on Thursday. We asked him why the rest of Thursday & Friday was not in the log? He said he didn't know. We asked him if he had manipulated the alert log in any way. He said no. We scoured the system for any clues or evidence to show how the datafiles had been created within Oracle. We found no evidence anywhere.

After that meeting Neil Holm + I reviewed the 'History' file which stores the last 300 commands each DBA has typed at an OS prompt. We reviewed every line in Rajesh's history file + found no evidence that contradicted his statements or provided a clue as to how the datafiles were created within Oracle

After that meeting, I sent Darih Brown a Lotus Note with the documentation Rajesh had supplied me, along with my recap of the$^2$ conversations with Rajesh (mine & the