UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CONVERGYS INFORMATION MANAGEMENT GROUP, INC., et al., | : : : | Civil Action No. C-1-01-618 |
| | : | Magistrate Hogan |
| Plaintiffs, | : : | RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ACTION |
| v. | : : | |
| IGATE CAPITAL CORPORATION, et al., | : : : : | |
| Defendants. | : : | |

RULE 41(a) STIPULATION OF
VOLUNTARY DISMISSAL WITH PREJUDICE OF ACTION

Plaintiffs, Convergys Information Management Group, Inc. and Chubb Custom Insurance Company, and Defendants, iGate Capital Corporation and Mastech Systems Corporation, by their respective undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1) and (2), hereby stipulate to the voluntary dismissal with prejudice of this action in its entirety, including all claims of Plaintiffs against Defendants in their Second Amended Complaint, with each party to bear its own costs and expenses, including attorneys' fees. No Counterclaim was filed by Defendants. Pursuant to Rule 41(a)(1), counsel of record for all parties to this action have signed this Stipulation as provided below to acknowledge their consent.

-2-

Dated: June 4, 2004                                    Respectfully submitted,


_____            _____
Grant S. Cowan (0029667)                 Donald J. Mooney, Jr. (0014202)
Robert D. Shank ( 0069229)               Jacqueline Schuster Hobbs (0068236)
FROST BROWN TODD LLC                     ULMER & BERNE LLP
2200 PNC Center                          600 Vine Street, Suite 2800
201 East Fifth Street                    Cincinnati, Ohio 45202
Cincinnati, Ohio 45202-4182              (513) 698-5000
(513) 651-6800                           (513) 698-5001 (Fax)
(513) 651-6981 (Fax)                     dmooney@ulmer.com
gcowan@fbtlaw.com                        jhobbs@ulmer.com
rshank@fbtlaw.com

                                         OF COUNSEL:

Attorneys for Plaintiffs                 Kevin P. Lucas, Esq.
                                         Pa. I.D. No. 25596
                                         MANION McDONOUGH & LUCAS, P.C.
                                         Firm I.D. No. 786
                                         600 Grant Street, Suite 1414
                                         Pittsburgh, Pennsylvania  15219
                                         (412) 232-0200

                                         Attorneys for Defendants


CinLibrary/1404592.1